**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALLIED WORLD INS. CO., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LAMB MCERLANE, P.C., | : | No. 17-2878 |
| Defendant. | : | |

**ORDER**

And now, on February 23, 2018, upon consideration of Plaintiff Allied World Insurance Company's Motion for Judgment on the Pleadings (doc. 15), and Defendant Lamb McErlane's Memorandum of Law in Opposition (doc. 20-1), and for the reasons expressed in the accompanying memorandum opinion, it is **ORDERED** that Allied World's Motion is **GRANTED**. The court **DECLARES** that Allied World is not obligated to defend or indemnify Lamb McErlane for claims made against Lamb McErlane in Estate of John R.H. Thouron, No. 1507-0230, and Estate of John J. Thouron, No. 1506-0305.

BY THE COURT:

/s/ Timothy R. Rice

TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE